IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BARRETT FOR AGRICULTURE, JAMES BARRETT, HEIDI BARRETT, and BARRETT AND BARRETT VINEYARDS, LP,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF NAPA and NAPA COUNTY BOARD OF SUPERVISORS,<br><br>Defendants. | No. C 18-06124 WHA<br>No. C 18-06683 WHA<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

On January 31, 2019, defendants filed a motion to dismiss the original complaint in the above-captioned actions (Dkt. No. 29). Plaintiffs did not file an opposition, but on February 14 filed a first amended complaint (Dkt. No. 33). Defendants' motion to dismiss the original complaint is accordingly **DENIED AS MOOT**.[1]

**IT IS SO ORDERED.**

Dated: February 21, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

[1] All docket numbers referenced herein relate to Case No. C 18-06124 WHA.